**Motion Dismissed and Motion Stricken and Order filed July 6, 2021.**



In The

# Fourteenth Court of Appeals

---

**NO. 14-21-00334-CV**
**NO. 14-21-00335-CV**

---

**IN RE NESTLE WATERS NORTH AMERICA, INC. AND ROBERT LEE SEWELL, SR., Relators**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No. 4**
**Harris County, Texas**
**Trial Court Cause No. 476,731-401 & 476,827-401**

---

## ORDER

On June 17, 2021, relators Nestle Waters North America, Inc. and Robert Lee Sewell, Sr. filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this

Court to compel the Honorable James Horwitz, presiding judge of the Probate Court No 4 of Harris County, to vacate its Order to Produce Records in Response to Deposition by Written Questions after *In Camera* Inspection dated June 11, 2021, in trial court cause numbers 476,736-401 and 476,827-401, styled *Kenneth Hurr, Individually and as Independent Administrator of the Estate of Huh Tao Sung (Deceased), Christina Hurr, and Sabina Hurr v. Nestle Waters North America, Inc. and Robert Lee Sewell, Sr.* Relators claim the trial court abused its discretion in ordering production of relator Robert Lee Sewell, Sr.'s medical records.

On June 22, 2021, relators filed a motion for leave to file records under seal in this court. The motion requests we seal four documents, only one of which has been sealed by the probate court; the remaining three documents are subject to motions to seal that remain pending before the probate court. In addition to being prematurely filed, relators' motion, at Tabs 3 and 4, contains unredacted sensitive information of relator Robert Lee Sewell, Sr., including his birthdate and home address. *See* Tex. R. App. P. 9.9(a)(3). Parties are required to redact all sensitive information in documents filed in this court unless the inclusion of the sensitive data is specifically required by a statute, court rule, or administrative regulation. Tex. R. App. P. 9.9(b). There is no statute, court rule, or administrative regulation requiring the inclusion of sensitive data.

Accordingly, we **ORDER** relators' motion for leave to file records under seal **DISMISSED** and we **ORDER** relators' motion **STRICKEN** from the record.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Jewell and Poissant.